141-271449-14

CAUSE NO. 141-271449-14

| | | |
|---|---|---|
| **GWENDOLYN GENE LAYTON and TROYLYNN ANN LAYTON** | § § § | **IN THE DISTRICT COURT** |
| | § | RECEIVED IN<br>2nd COURT OF APPEALS<br>FORT WORTH, TEXAS<br>11/23/2015 12:58:10 PM<br>DEBRA SPISAK<br>Clerk |
| **Plaintiffs** | § § | |
| **v.** | § § § | |
| **LEFORD E. WHITE, M&M JOINT VENTURE, and LEDFORD E. WHITE P.C.** | § § § § | **141ˢᵗ JUDICIAL DISTRICT** |
| **Defendants** | § § § | |
| **v.** | § § § | |
| **MICHAEL PARKS and RANDELL KYLE PARKS** | § § § § | |
| **Third Party Defendants.** | § | **TARRANT COUNTY, TEXAS** |

---

### DEFENDANTS' NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ledford E. White and Ledford E. White, P.C., Defendants, and files this, their Notice of Appeal in Cause No. 141-271449-14, formerly Cause No. 141-267474-13 and would respectfully show the following:

Defendant hereby gives notice that appeal is taken to the Second Court of Appeals for the State of Texas from the *Judgment* entered in Cause No. 141-271449-14 on or about August 28, 2015, which Judgment Not Withstanding the Verdict and Motion for New Trial was denied as a matter of law. Defendants' appeal of the Judgment includes any and all orders and rulings by the trial Court concerning Defendants' claims and defenses.

Respectfully submitted,

**PETTITT & KIMBALL, PLLC**
131 E. Exchange Avenue, Suite 107
Fort Worth, Texas  76164
Telephone:  (817) 626-4444
Facsimile:  (817) 626-4445


 /s/ Joseph R. Kimball II
Joseph R. Kimball II
State Bar No. 24036023
jkimball@stockyardslawfirm.com


## CERTIFICATE OF SERVICE

This is to hereby certify that on the 23rd day of November 2015, I forwarded a true and correct copy of the foregoing document to the parties of record pursuant to Texas Rule of Civil Procedure 21a


 /s/ Joseph R. Kimball II
Joseph R. Kimball II